# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: Sell, Robert W. | § Case No. 11-85549 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/17/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  08/08/2012       By:  /s/JOSEPH D. OLSEN
                                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: Sell, Robert W. § | Case No. 11-85549 |
| § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 18,500.00 |
| *and approved disbursements of* | $ 8,810.00 |
| *leaving a balance on hand of* [1] | $ 9,690.00 |
| **Balance on hand:** | $ 9,690.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | US Bank N.A. | 3,032.91 | 3,032.91 | 3,200.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,690.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,360.00 | 0.00 | 2,360.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 135.30 | 0.00 | 135.30 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,262.50 | 0.00 | 1,262.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,757.80 |
| Remaining balance: | $ 5,932.20 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,932.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,932.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,438.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PNC BANK | 18,819.32 | 0.00 | 3,063.82 |
| 2 | Nicor Gas | 0.00 | 0.00 | 0.00 |
| 2 -2 | Nicor Gas | 450.01 | 0.00 | 73.26 |
| 3 | Sprint Nextel Correspondence | 313.30 | 0.00 | 51.01 |
| 5 | Saint Anthony Medical Center | 472.17 | 0.00 | 76.87 |
| 6 | Amalgamated Bank | 5,049.65 | 0.00 | 822.09 |
| 7 | Rockford Mercantile Agency, Inc. | 1,497.90 | 0.00 | 243.86 |
| 8 | Portfolio Recovery Associates, LLC | 9,835.82 | 0.00 | 1,601.29 |

Total to be paid for timely general unsecured claims: $ 5,932.20
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
　　　　　　　　　　Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 11-85549-MB
Robert Warren Sell                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: vgossett           Page 1 of 3           Date Rcvd: Aug 17, 2012
                            Form ID: pdf006          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2012.
```
db          +Robert Warren Sell,    5576 Thribble Cross,    Roscoe, IL 61073-7152
aty         +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
18318709    #AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
18318707    +Amalgamated Bank,    c/o The Bureaus Inc.,    1717 Central Street,    Evanston, IL 60201-1507
18318706    +Amalgamated Bank,    1 West Monroe Street,    Chicago, IL 60603-5384
18318710     Bank of America,    P.O. Box 650070,    Dallas, TX 75265-0070
18318711    +Bank of America,    4340 S. Monaco St. Unit 2,    Denver, CO 80237-3408
18318712    +Bank of America,    c/o Cach LLC/Collect America,    P.O. Box 982238,    El Paso, TX 79998-2238
18389042    +Bank of America, N.A.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
              Burr Ridge, IL 60527-6921
18318717    +Daryl Dettmer,    520 29th Street,    Rockford, IL 61108-1836
18562410    +Jodi Sell,    1602 E. State Street #6,    Rockford, IL 61104-2463
18318721     North Park Public Water District,    P.O. Box 966,    Roscoe, IL 61073-0966
18318722    +OSF Saint Anthony,    c/o Rockford Mercantile,    2502 S. Alpine Road,    Rockford, IL 61108-7813
18318723    +OSF Saint Anthony Medical Center,    5666 East State Street,    Rockford, IL 61108-2472
18318724    +PNC,   2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
18329602    +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
19235765    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
              Sqaretwo Financial (Bank Of America),    POB 41067,    Norfolk VA 23541)
18318725     Quest Diagnostics,    P.O. Box 809403,    Chicago, IL 60680-9403
18318726    +Rock River Water Reclamation Dis.,    P.O. Box 6207,    Rockford, IL 61125-1207
18318727    +Rockford Anesthesiologist,    P.O. Box 4115,    Rockford, IL 61110-0615
19179994    +Rockford Mercantile Agency,Inc,    2502 South Alpine Road,    Rockford, Illinois 61108-7813
18318729     Rockford Orthopedic,    P.O. Box 5247,    Rockford, IL 61125-0247
18318730    +Rockford Radiology,    c/o Rockford Mercantile,    2502 S. Alpine Road,    Rockford, IL 61108-7813
18416000    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
              OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint Nextel  Correspondence,    Attn Bankruptcy Dept,   PO Box 7949,
              Overland Park KS 66207-0949)
18457762     Saint Anthony Medical Center,    5500 East State,    Rockford, IL 61108
18318732    +Swedish American Hospital,    P.O. Box 310283,    Des Moines, IA 50331-0283
18318733    +Swedish American Hospital,    c/o Rockford Mercantile,    2502 S. Alpine Road,
              Rockford, IL 61108-7813
18318734    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 5227,    Cincinnati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18318708     E-mail/Text: sclark@arthuradler.com Aug 18 2012 00:56:46     Amalgamated Bank of Chicago,
              c/o Adler & Assoc.,    25 W. Washington Street Ste 500,    Chicago, IL 60602
18318713    +E-mail/Text: legalcollections@comed.com Aug 18 2012 00:50:07     Commonwealth Edison,
              Credit Department,    2100 Swift Drive,    Oak Brook, IL 60523-1559
18318714     E-mail/Text: legalcollections@comed.com Aug 18 2012 00:50:07     Commonwealth Edison,
              P.O. Box 6111,    Carol Stream, IL 60197-6111
18318720     E-mail/Text: bankrup@nicor.com Aug 18 2012 00:47:59     NiCor,    P.O. Box 0632,
              Aurora, IL 60507-0632
18318718    +E-mail/Text: bankrup@nicor.com Aug 18 2012 00:47:59     NiCor,    Attn: Bankruptcy Dept.,
              1844 Ferry Road,    Naperville, IL 60563-9600
18351413    +E-mail/Text: bankrup@nicor.com Aug 18 2012 00:47:59     Nicor Gas,    P.O. Box 549,
              Aurora, IL 60507-0549
18318728    +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Aug 18 2012 00:50:11     Rockford Anesthesiologist,
              c/o CPS,    202 W. State Street,    Rockford, IL 61101-1138
18416000     E-mail/Text: appebnmailbox@sprint.com Aug 18 2012 00:48:58     Sprint Nextel  Correspondence,
              Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
18318731    +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 18 2012 00:56:53     Sprint,
              c/o NCO Financial Services,    507 Prudential Road,    Horsham, PA 19044-2308
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18318715*   +Commonwealth Edison,    Credit Department,    2100 Swift Drive,    Oak Brook, IL 60523-1559
18318716*    Commonwealth Edison,    P.O. Box 6111,    Carol Stream, IL 60197-6111
18318719*   +NiCor,   Attn: Bankruptcy Dept.,    1844 Ferry Road,    Naperville, IL 60563-9600
18430465*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, OH 45201-5229)
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3           User: vgossett            Page 2 of 3              Date Rcvd: Aug 17, 2012
                               Form ID: pdf006           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2012**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett           Page 3 of 3            Date Rcvd: Aug 17, 2012
                              Form ID: pdf006          Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2012 at the address(es) listed below:
          Craig A Willette   on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          Gary C Flanders   on behalf of Debtor Robert Sell garyflanders@sbcglobal.net
          Gloria C  Tsotsos   on behalf of Creditor  BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
           LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP nd-three@il.cslegal.com
          Joseph D Olsen   Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Lydia  Meyer   on behalf of Trustee Lydia Meyer ecf@lsm13trustee.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
                                                                                TOTAL: 6