AMENDED
## Claims Proposed Distribution

### Case:  11-85549   Sell, Robert W.

**Case Balance:** $9,732.51    **Total Proposed Payment:** $9,732.51    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOSEPH D. OLSEN <2200-00 Trustee Expenses> | Admin Ch. 7 | 135.30 | 135.30 | 0.00 | 135.30 | 135.30 | 9,597.21 |
|  | JOSEPH D. OLSEN <2100-00 Trustee Compensation> | Admin Ch. 7 | 2,360.00 | 2,360.00 | 0.00 | 2,360.00 | 2,360.00 | 7,237.21 |
|  | Yalden, Olsen & Willette <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,262.50 | 1,262.50 | 0.00 | 1,262.50 | 1,262.50 | 5,974.71 |
| 1 | PNC BANK | Unsecured | 18,819.32 | 18,819.32 | 0.00 | 18,819.32 | 3,085.78 | 2,888.93 |
| 2 | Nicor Gas | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,888.93 |
| 2 -2 | Nicor Gas | Unsecured | 450.01 | 450.01 | 0.00 | 450.01 | 73.79 | 2,815.14 |
| 3 | Sprint Nextel Correspondence | Unsecured | 313.30 | 313.30 | 0.00 | 313.30 | 51.37 | 2,763.77 |
| 5 | Saint Anthony Medical Center | Unsecured | 472.17 | 472.17 | 0.00 | 472.17 | 77.42 | 2,686.35 |
| 6 | Amalgamated Bank | Unsecured | 5,049.65 | 5,049.65 | 0.00 | 5,049.65 | 827.98 | 1,858.37 |
| 7 | Rockford Mercantile Agency, Inc. | Unsecured | 1,497.90 | 1,497.90 | 0.00 | 1,497.90 | 245.61 | 1,612.76 |
| 8 | Portfolio Recovery Associates, LLC | Unsecured | 9,835.82 | 9,835.82 | 0.00 | 9,835.82 | 1,612.76 | 0.00 |
| 4 | US Bank N.A. | Secured | 3,032.91 | 3,032.91 | 3,200.00 | -167.09 | 0.00 | 0.00 |
|  | **Total for Case 11-85549 :** |  | **$43,228.88** | **$43,228.88** | **$3,200.00** | **$40,028.88** | **$9,732.51** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $3,757.80 | $3,757.80 | $0.00 | $3,757.80 | 100.000000% |
| Total Secured Claims : | $3,032.91 | $3,032.91 | $3,200.00 | $0.00 | 105.509230% |
| Total Unsecured Claims : | $36,438.17 | $36,438.17 | $0.00 | $5,974.71 | 16.396844% |