**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: Sell, Robert W.  § Case No. 11-85549
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $165,138.00     Assets Exempt: $36,765.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,174.71     Claims Discharged
     Without Payment: $48,741.46

Total Expenses of Administration: $6,967.80

3) Total gross receipts of $ 18,542.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,400.00 (see **Exhibit 2**), yielded net receipts of $16,142.51 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $160,500.00 | $3,032.91 | $3,032.91 | $3,200.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,967.80 | 6,967.80 | 6,967.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,278.00 | 36,438.17 | 36,438.17 | 5,974.71 |
| **TOTAL DISBURSEMENTS** | $205,778.00 | $46,438.88 | $46,438.88 | $16,142.51 |

4) This case was originally filed under Chapter 7 on December 30, 2011. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2012          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Ford F 150 Pickup Truck subject to security | 1129-000 | 18,542.51 |
| **TOTAL GROSS RECEIPTS** | | **$18,542.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Sell | Sale of Ford F-150 (exemption to debtor) | 8100-002 | 2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,400.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | US Bank N.A. | 4110-000 | 3,500.00 | 3,032.91 | 3,032.91 | 3,200.00 |
| NOTFILED | Bank of America | 4110-000 | 157,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$160,500.00** | **$3,032.91** | **$3,032.91** | **$3,200.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,360.00 | 2,360.00 | 2,360.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 135.30 | 135.30 | 135.30 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,262.50 | 1,262.50 | 1,262.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Action Auctioneering | 3610-000 | | N/A | 3,185.00 | 3,185.00 | 3,185.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | **$6,967.80** | **$6,967.80** | **$6,967.80** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK | 7100-000 | 22,000.00 | 18,819.32 | 18,819.32 | 3,085.78 |
| 2 | Nicor Gas | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 -2 | Nicor Gas | 7100-000 | N/A | 450.01 | 450.01 | 73.79 |
| 3 | Sprint Nextel Correspondence | 7100-000 | N/A | 313.30 | 313.30 | 51.37 |
| 5 | Saint Anthony Medical Center | 7100-000 | N/A | 472.17 | 472.17 | 77.42 |
| 6 | Amalgamated Bank | 7100-000 | 5,000.00 | 5,049.65 | 5,049.65 | 827.98 |
| 7 | Rockford Mercantile Agency, Inc. | 7100-000 | N/A | 1,497.90 | 1,497.90 | 245.61 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 9,835.82 | 9,835.82 | 1,612.76 |
| NOTFILED | NiCor | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 5.00 | N/A | N/A | 0.00 |
| NOTFILED | North Park Public Water District | 7100-000 | 16.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Saint Anthony Medical Center | 7100-000 | 1,040.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Anesthesiologist | 7100-000 | 220.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sprint c/o NCO Financial Services | 7100-000 | 310.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Orthopedic | 7100-000 | 990.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology c/o Rockford Mercantile | 7100-000 | 42.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Water Reclamation Dis. | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | NiCor | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison Credit Department | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison Credit Department | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 9,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Daryl Dettmer | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 1,460.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $45,278.00 | $36,438.17 | $36,438.17 | $5,974.71 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85549  
**Case Name:** Sell, Robert W.  

**Period Ending:** 12/11/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/29/12 (c)  
**§341(a) Meeting Date:** 04/09/12  
**Claims Bar Date:** 07/26/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | single family residence located at 5576 Thribble | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking PNC ** | 3.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Associated Bank | 5.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2 beds, sofa, 5 charis, 2 tvs, dvd player ** | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 6 | bed, 2 chairs, tv, stove, refrigerator, washer, | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | dvds with est. retail value of $80.00 ** | 20.00 | 0.00 | DA | 0.00 | FA |
| 8 | clothing with est. retail value of $1000.00 ** (See Footnote) | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | clothing with estimated retail value of $500.00 | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Jewelry with estimated retail value of $2000.00 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Jewelry with estimated retail value of $100.00 | 50.00 | 0.00 | DA | 0.00 | FA |
| 12 | exercise equipment dealer retail value $400.00 | 200.00 | 0.00 | DA | 0.00 | FA |
| 13 | hunting equipment with estimated retail value of | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | fishing tackle with estimated retail value of $2 | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | camping gear with estimated retail value of $100 | 50.00 | 0.00 | DA | 0.00 | FA |
| 16 | bicycle with estimated retail value of $40.00 | 20.00 | 0.00 | DA | 0.00 | FA |
| 17 | golf clubs with estimated retail value of $40.00 | 20.00 | 0.00 | DA | 0.00 | FA |
| 18 | Life insur./w death benefit only ** | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | IRA ** | 150.00 | 0.00 | DA | 0.00 | FA |
| 20 | Pension with monthly benefits upon retirement | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | Retirement plan ** | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | 2004 VW Jetta retail value $5000.00 ** | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2007 Ford F 150 Pickup Truck subject to security | 14,000.00 | 10,000.00 | | 18,542.51 | FA |
| 24 | 2003 KTM Motorcycle dealer retail value $1500.00 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 2002 Shorelander boat/trailer ** | 500.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2002 trailer dealer retail value $800.00 | 500.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-85549  
**Case Name:** Sell, Robert W.  
**Period Ending:** 12/11/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/29/12 (c)  
**§341(a) Meeting Date:** 04/09/12  
**Claims Bar Date:** 07/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | 2002 Fishing Boat dealer retail value $3800.00 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 28 | work tools with estimated retail value of $200.0 | 100.00 | 0.00 | DA | 0.00 | FA |
| 29 | 2 dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 30 | 3 dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 31 | hand and power tools with estimated retail value | 350.00 | 0.00 | DA | 0.00 | FA |
| 32 | Lawn mower and snow blower with estimated retail | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 32 | **Assets** Totals (Excluding unknown values) | **$179,138.00** | **$10,000.00** | | **$18,542.51** | **$0.00** |

RE PROP# 8     ** - These assets were listed on the original Chapter 13 petition in which the joint debtor was dismissed on 2/3/12.

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2012     **Current Projected Date Of Final Report (TFR):**     December 31, 2012

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-85549
**Case Name:** Sell, Robert W.

**Taxpayer ID #:** **-***3233
**Period Ending:** 12/11/12

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******28-66 - Checking Account
**Blanket Bond:** $820,095.60 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/20/12 | {23} | Action Auctioneering | sale of 07 Ford F-150 | 1129-000 | 18,500.00 | | 18,500.00 |
| 06/22/12 | 101 | US Bank N.A. | payoff secured lien | 4110-000 | | 3,200.00 | 15,300.00 |
| 06/22/12 | 102 | Robert Sell | Sale of Ford F-150 (exemption to debtor) | 8100-002 | | 2,400.00 | 12,900.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,875.00 |
| 07/19/12 | 103 | Action Auctioneering | Per Ct. Order of 7/18/12 | 3610-000 | | 3,185.00 | 9,690.00 |
| 09/17/12 | {23} | US Bank | overpayment | 1129-000 | 42.51 | | 9,732.51 |
| 09/25/12 | 104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,262.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,262.50 | 8,470.01 |
| 09/25/12 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,360.00, Trustee Compensation; Reference: | 2100-000 | | 2,360.00 | 6,110.01 |
| 09/25/12 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $135.30, Trustee Expenses; Reference: | 2200-000 | | 135.30 | 5,974.71 |
| 09/25/12 | 107 | PNC BANK | Dividend paid 16.39% on $18,819.32; Claim# 1; Filed: $18,819.32; Reference: | 7100-000 | | 3,085.78 | 2,888.93 |
| 09/25/12 | 108 | Nicor Gas | Dividend paid 16.39% on $450.01; Claim# 2-2; Filed: $450.01; Reference: | 7100-000 | | 73.79 | 2,815.14 |
| 09/25/12 | 109 | Sprint Nextel Correspondence | Dividend paid 16.39% on $313.30; Claim# 3; Filed: $313.30; Reference: | 7100-000 | | 51.37 | 2,763.77 |
| 09/25/12 | 110 | Saint Anthony Medical Center | Dividend paid 16.39% on $472.17; Claim# 5; Filed: $472.17; Reference: | 7100-000 | | 77.42 | 2,686.35 |
| 09/25/12 | 111 | Amalgamated Bank | Dividend paid 16.39% on $5,049.65; Claim# 6; Filed: $5,049.65; Reference: | 7100-000 | | 827.98 | 1,858.37 |
| 09/25/12 | 112 | Rockford Mercantile Agency, Inc. | Dividend paid 16.39% on $1,497.90; Claim# 7; Filed: $1,497.90; Reference: 19179994 | 7100-000 | | 245.61 | 1,612.76 |
| 09/25/12 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 16.39% on $9,835.82; Claim# 8; Filed: $9,835.82; Reference: 19235765 | 7100-000 | | 1,612.76 | 0.00 |

|  |  | ACCOUNT TOTALS | 18,542.51 | 18,542.51 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | 18,542.51 | 18,542.51 | |
|  |  | Less: Payments to Debtors |  | 2,400.00 | |
|  |  | **NET Receipts / Disbursements** | **$18,542.51** | **$16,142.51** | |

{} Asset reference(s)

Printed: 12/11/2012 08:33 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-85549 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | Sell, Robert W. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******28-66 - Checking Account |
| **Taxpayer ID #:** | **-***3233 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 12/11/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
        Net Receipts :       18,542.51
  Less Payments to Debtor :   2,400.00
                            _____
         Net Estate :       $16,142.51
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******28-66** | 18,542.51 | 16,142.51 | 0.00 |
| | **$18,542.51** | **$16,142.51** | **$0.00** |

{} Asset reference(s)                                                                                                        Printed: 12/11/2012 08:33 AM    V.13.04